No. 82–2017. MARTIN v. MITCHELL, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–132. STRUTHERS PATENT CORP. ET AL. v. NESTLE CO., INC. C. A. 3d Cir. Certiorari denied.

No. 83–136. LAKE ERIE ALLIANCE FOR THE PROTECTION OF THE COASTAL CORRIDOR, INC., ET AL. v. UNITED STATES ARMY CORPS OF ENGINEERS ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–137. BERLITZ SCHOOLS OF LANGUAGES OF AMERICA, INC. v. BARTELT ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–195. DELTA FARMS RECLAMATION DISTRICT NO. 2028 v. SUPERIOR COURT OF THE COUNTY OF SAN JOAQUIN (FERNANDEZ ET AL., REAL PARTIES IN INTEREST). Sup. Ct. Cal. Certiorari denied.

No. 83–201. WEISS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–213. NEW YORK STATE ASSOCIATION FOR RETARDED CHILDREN, INC., ET AL. v. CAREY, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–225. VAN EMMERIK v. MONTANA DAKOTA UTILITIES CO. ET AL. Sup. Ct. S. D. Certiorari denied.

No. 83–255. BENSON ET AL. v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 83–259. EASTERN AIR LINES, INC. v. ATLANTIC RICHFIELD CO. Temp. Emerg. Ct. App. Certiorari denied.

No. 83–265. CHAFFEE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 83–273. GALARDO, DBA TERM CON ELECTRONICS, ET AL. v. AMP INC. ET AL. C. A. 9th Cir. Certiorari denied.